**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Theodore K. Gross Jr., aka Theodore K. Gross, aka Ted Gross | CHAPTER 13 |
| Erin T. Wentzel | BKY. NO. 24-11835 PMM |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
06 Jun 2024, 17:38:32, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322