L.B.F. 3015-6A

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :
    THEODORE K. GROSS, JR.          :    Chapter 13
    aka THEODORE K. GROSS           :
    aka TED GROSS                   :    Bankruptcy No.  24-11835 PMM
    ERIN T. WENTZEL                 :
                                    :
    Debtors                         :

### PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
### WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) AND 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtors have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named Debtors have filed all applicable federal, state, and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

Date: 7/16/2024

David S. Gellert, Esquire
Attorney for Debtors

Date: 7/16/2024

Theodore K. Gross, Jr.
Debtor

Date: 7/16/2024

Erin T. Wentzel
Debtor