**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| THEODORE K. GROSS, JR. | : | Chapter 13 |
| aka THEODORE K. GROSS | : | |
| aka TED GROSS | : | Bankruptcy No. 24-11835 PMM |
| ERIN T. WENTZEL | | |
| | : | |
| DebtorS | : | |

**CERTIFICATE OF SERVICE**

    David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that I have served a copy of the Supplement to Schedule I: Your Income and Supplement to Schedule J: Your Expenses upon the United States Trustee and the Standing Chapter 13 Trustee by electronic mail on August 12, 2024:

        Scott F. Waterman, Esquire
        Standing Chapter 13 Trustee
        2901 St. Lawrence Avenue, Suite 100
        Reading, PA 19606

        Office of the U. S. Trustee
        900 Market Street, Suite 320
        Philadelphia, PA 19107

Dated: August 12, 2024                /s/ David S. Gellert
                                                David S. Gellert, Esquire
                                                David S. Gellert, P.C.
                                                3506 Perkiomen Avenue
                                                Reading, PA 19606
                                                (610) 779-8000
                                                dsgrdg@ptdprolog.net