Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-11835-PMM**

Theodore K. Gross, Jr.  
Erin T. Wentzel  
418 Telford Avenue  
Reading  PA   19609

Petition Filed Date: 05/30/2024  
341 Hearing Date: 07/16/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/02/2024 | $171.00 | | 07/24/2024 | $171.00 | | | | |

**Total Receipts for the Period:  $342.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $513.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC »» 001 | Unsecured Creditors | $1,169.95 | $0.00 | $0.00 |
| 2 | PENNYMAC  LOAN SERVICES LLC »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $837.35 | $0.00 | $0.00 |
| 4 | WELLSPAN »» 004 | Unsecured Creditors | $426.20 | $0.00 | $0.00 |
| 5 | RIVERFRONT FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $7,499.47 | $0.00 | $0.00 |
| 6 | RIVERFRONT FEDERAL CREDIT UNION »» 006 | Unsecured Creditors | $9,958.30 | $0.00 | $0.00 |
| 7 | TD BANK USA NA »» 007 | Unsecured Creditors | $5,745.26 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,342.88 | $0.00 | $0.00 |
| 9 | PNC BANK »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11835-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $513.00 | Current Monthly Payment: | $171.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($171.00) |
| Paid to Trustee: | $51.30 | Total Plan Base: | $6,156.00 |
| Funds on Hand: | $461.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.