United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 24-11835-pmm |
|---|---|
| Theodore K. Gross, Jr. | Chapter 13 |
| Erin T. Wentzel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theodore K. Gross, Jr., Erin T. Wentzel, 418 Telford Avenue, Reading, PA 19609-1751 |
| 14892413 | | GBMC, P. O. Box 310, Lutherville, MD 21094-0310 |
| 14892414 | + | GBMC, P. O. Box 1048, Salem, NH 03079-1048 |
| 14892418 | | Penn State Hershey Medical Center, Patient Financial services, P. O. Box 853, Hershey, PA 17033-0853 |
| 14895634 | + | Pennymac Loan Services,LLC., c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14910624 | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, Riverfront FCU, 2609 Keiser Blvd, Wyomissing, PA 19610 |
| 14892422 | | Reading Hospital, P. O. Box 16051, Reading, PA 19612-6051 |
| 14892425 | | Riverfront Federal Credit Union, P. O. Box 31112, Tampa, FL 33631-3112 |
| 14892427 | | Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |
| 14892428 | + | Western Berks Ambulance, 2506 Belmont Ave., West Lawn, PA 19609-1535 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14892407 | | Email/Text: ebn@americollect.com | Sep 06 2024 00:15:00 | AmeriCollect Inc., 1851 S. Alverno Rd., Manitowoc, WI 54221-1566 |
| 14892408 | | Email/Text: bankruptcygroup@apgfcu.com | Sep 06 2024 00:15:00 | APG Federal Credit Union, P. O. Box 1176, Aberdeen, MD 21001-6176 |
| 14892406 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2024 00:24:24 | Amazon, Synchrony Bank, P. O. Box 71737, Philadelphia, PA 19176-1737 |
| 14892409 | ^ | MEBN | Sep 06 2024 00:05:20 | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14892410 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 06 2024 00:15:00 | Barclays, Card Services, P. O. Box 8802, Wilmington, DE 19899-8802 |
| 14892411 | | Email/Text: Bankruptcy@BAMcollections.com | Sep 06 2024 00:15:00 | Bureau of Account Management, P. O. Box 8875, Camp Hill, PA 17001-8875 |
| 14892412 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2024 00:24:59 | CareCredit, Synchrony Bank, P. O. Box 71783, Philadelphia, PA 19176-1783 |
| 14905696 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2024 00:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14892415 | + | Email/Text: Unger@Members1st.org | Sep 06 2024 00:15:00 | Members 1st Federal Credit Union, P. O. Box 8893, Camp Hill, PA 17001-8893 |
| 14892416 | + | Email/Text: compliance@monarchrm.com | Sep 06 2024 00:15:00 | Monarch Recovery Mgmt. Inc., 3260 Tillman Dr., Ste. 75, Bensalem, PA 19020-2059 |
| 14892417 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: 155 | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 06 2024 00:15:00 | Nissan-Infiniti LT, P. O. Box 660366, Dallas, TX 75266-0366 |
| 14895468 | | ^ MEBN | Sep 06 2024 00:05:11 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14892420 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2024 00:15:00 | PNC Bank, BR-YB58-01-3, 6750 Miller Rd., Brecksville, OH 44141 |
| 14892421 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2024 00:15:00 | PNC Bank, P. O. Box 5580, Cleveland, OH 44101-3180 |
| 14912883 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2024 00:15:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14907362 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2024 00:13:19 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14892419 | | Email/PDF: ebnotices@pnmac.com | Sep 06 2024 00:24:33 | PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802 |
| 14906057 | + | Email/PDF: ebnotices@pnmac.com | Sep 06 2024 00:23:52 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14892423 | | Email/Text: cognizantrcminfo@cognizant.com | Sep 06 2024 00:15:00 | Receivables Outsourcing LLC, P. O. Box 734412, Chicago, IL 60673-4415 |
| 14911828 | | Email/Text: bncmail@w-legal.com | Sep 06 2024 00:15:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14892426 | + | Email/Text: bncmail@w-legal.com | Sep 06 2024 00:15:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14908944 | | Email/Text: bankruptcynotification@wellspan.org | Sep 06 2024 00:15:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14912631 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14892424 | *P++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338, address filed with court:, Riverfront Federal Credit Union, 2609 Keiser Blvd., Wyomissing, PA 19610 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024          Signature:          /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: 155 | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Theodore K. Gross Jr. dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Erin T. Wentzel dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Theodore K. Gross Jr.<br>  aka Theodore K. Gross<br>  aka Ted Gross<br><br>Erin T. Wentzel<br><br>  Debtor(s). | Case No. 24−11835−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: September 5, 2024                                    For The Court

                                                                                                                      Patricia M. Mayer
                                                                                                                      Judge, United States Bankruptcy Court