# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   THEODORE K. GROSS, JR. | : | Chapter 13 |
|   aka THEODORE K. GROSS | : | |
|   aka TED GROSS | : | Bankruptcy No. 24-11835 PMM |
|   ERIN T. WENTZEL | : | |
| | : | |
|        Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 27th day of September, 2024, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated September 5, 2024 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  September 27, 2024                           s/   David S. Gellert
                                                                David S. Gellert, Esquire
                                                                David S. Gellert, P.C.
                                                                3506 Perkiomen Avenue
                                                                Reading, PA 19606
                                                                (610) 779-8000
                                                                dsgrdg@ptdprolog.net