| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11835-PMM

Theodore K. Gross, Jr.
Erin T. Wentzel
418 Telford Avenue
Reading  PA  19609

Petition Filed Date: 05/30/2024
341 Hearing Date: 07/16/2024
Confirmation Date: 09/05/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2024 | $171.00 | | 09/24/2024 | $171.00 | | 10/24/2024 | $171.00 | |
| 11/19/2024 | $171.00 | | 12/26/2024 | $171.00 | | 01/24/2025 | $171.00 | |
| 03/04/2025 | $171.00 | | 04/01/2025 | $171.00 | | 04/29/2025 | $171.00 | |
| 06/02/2025 | $171.00 | | 07/03/2025 | $171.00 | | | | |

**Total Receipts for the Period: $1,881.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,394.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $2,415.58 | $2,201.65 | $213.93 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC »» 001 | Unsecured Creditors | $1,169.95 | $0.00 | $1,169.95 |
| 2 | PENNYMAC LOAN SERVICES LLC »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $837.35 | $0.00 | $837.35 |
| 4 | WELLSPAN »» 004 | Unsecured Creditors | $426.20 | $0.00 | $426.20 |
| 5 | RIVERFRONT FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $7,499.47 | $0.00 | $7,499.47 |
| 6 | RIVERFRONT FEDERAL CREDIT UNION »» 006 | Unsecured Creditors | $9,958.30 | $0.00 | $9,958.30 |
| 7 | TD BANK USA NA »» 007 | Unsecured Creditors | $5,745.26 | $0.00 | $5,745.26 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,342.88 | $0.00 | $1,342.88 |
| 9 | PNC BANK »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | APG FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | GBMC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MEMBERS 1ST FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | NISSAN-INFINITI LT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PENN STATE HERSHEY MEDICAL CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | READING HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | RECEIVABLES OUTSOURCING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | RIVERFRONT FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11835-PMM**

| 18 | TOWER HEALTH SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | WESTERN BERKS AMBULANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,394.00 | Current Monthly Payment: | $171.00 |
| Paid to Claims: | $2,201.65 | Arrearages: | $0.00 |
| Paid to Trustee: | $192.35 | Total Plan Base: | $6,156.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.