Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Theodore K. Gross, Jr.
Erin T. Wentzel
418 Telford Avenue
Reading, PA 19609

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-11835-PMM**

Petition Filed Date: 05/30/2024
341 Hearing Date: 07/16/2024
Confirmation Date: 09/05/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $171.00 | | 09/04/2025 | $171.00 | | 09/16/2025 | $42.75 | |
| 09/23/2025 | $42.75 | | 09/30/2025 | $42.75 | | 10/07/2025 | $42.75 | |
| 10/16/2025 | $42.75 | | 10/21/2025 | $42.75 | | 10/28/2025 | $42.75 | |
| 11/04/2025 | $42.75 | | 11/12/2025 | $42.75 | | 11/19/2025 | $42.75 | |
| 11/25/2025 | $42.75 | | 12/03/2025 | $42.75 | | 12/09/2025 | $42.75 | |
| 12/16/2025 | $42.75 | | 12/23/2025 | $42.75 | | 12/31/2025 | $42.75 | |
| 01/07/2026 | $42.75 | | 01/13/2026 | $42.75 | | 01/21/2026 | $42.75 | |
| 01/28/2026 | $42.75 | | 02/03/2026 | $42.75 | | 02/10/2026 | $42.75 | |
| 02/18/2026 | $42.75 | | 02/24/2026 | $42.75 | | 03/03/2026 | $42.75 | |
| 03/10/2026 | $42.75 | | 03/17/2026 | $42.75 | | 03/24/2026 | $42.75 | |
| 03/31/2026 | $42.75 | | 04/07/2026 | $42.75 | | 04/14/2026 | $42.75 | |
| 04/21/2026 | $42.75 | | 04/28/2026 | $42.75 | | 05/05/2026 | $42.75 | |
| 05/12/2026 | $42.75 | | 05/19/2026 | $42.75 | | 05/27/2026 | $42.75 | |
| 06/02/2026 | $42.75 | | 06/09/2026 | $42.75 | | 06/16/2026 | $42.75 | |
| 06/24/2026 | $42.75 | | 06/30/2026 | $42.75 | | 07/07/2026 | $42.75 | |
| 07/14/2026 | $42.75 | | 07/21/2026 | $42.75 | | 07/28/2026 | $42.75 | |

**Total Receipts for the Period: $2,308.50 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,702.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $2,415.58 | $2,415.58 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $1,169.95 | $73.14 | $1,096.81 |
| 2 | PENNYMAC LOAN SERVICES LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $837.35 | $47.45 | $789.90 |
| 4 | WELLSPAN HEALTH<br>»» 004 | Unsecured Creditors | $426.20 | $16.04 | $410.16 |
| 5 | RIVERFRONT FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $7,499.47 | $523.70 | $6,975.77 |

**Chapter 13 Case No. 24-11835-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 6 | RIVERFRONT FEDERAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $9,958.30 | $695.42 | $9,262.88 |
| 7 | TD BANK USA NA<br>»» 007 | Unsecured Creditors | $5,745.26 | $401.20 | $5,344.06 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,342.88 | $83.98 | $1,258.90 |
| 9 | PNC BANK<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | APG FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | GBMC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MEMBERS 1ST FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | NISSAN-INFINITI LT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PENN STATE HERSHEY MEDICAL CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | READING HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | RECEIVABLES OUTSOURCING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | RIVERFRONT FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TOWER HEALTH SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | WESTERN BERKS AMBULANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,702.50 | Current Monthly Payment: | $171.00 |
| Paid to Claims: | $4,256.51 | Arrearages: | ($256.50) |
| Paid to Trustee: | $363.43 | Total Plan Base: | $6,156.00 |
| Funds on Hand: | $82.56 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.